the IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-5680 |
| | : | |
| WILLIAM KARDOSH, et al. | : | |

**ORDER**

AND NOW, this 23rd day of July, 2026, upon consideration of Plaintiff Nationwide Mutual Insurance Company's ("Nationwide") Motion for Summary Judgment (Dkt. No. 35), Defendants William Kardosh and Mary Ellen Kardosh's Motion for Judgment on the Certified Record (Dkt. No. 34), their respective responses, the May 14, 2026 oral argument, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED and DECREED as follows:

1. Nationwide's Motion for Summary Judgment (Dkt. No. 35) is GRANTED.
2. Defendants' Motion for Judgment on the Certified Record (Dkt. No. 34) is DENIED.
3. Judgment is entered in favor of Plaintiff and against Defendants.
4. Plaintiff Nationwide is not obligated to further defend or indemnify Defendants William Kardosh and Mary Ellen Kardosh in relation to any claim alleged by Julia Kardosh in the underlying civil action docketed in the Court of Common Pleas of Chester County under the caption *Julia Kardosh v. Mary Ellen & William Kardosh*, Docket No. 2025-05806-TT, pursuant to the terms and conditions of the Homeowner Policy and Personal Umbrella Liability Policy issued by Nationwide to the Defendants.
5. Since Julia Kardosh has not perfected service on Defendants in the Underlying Litigation, Nationwide can immediately withdraw the defense it was providing Defendants.
6. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.